People v Isaac (2023 NY Slip Op 03666)

People v Isaac

2023 NY Slip Op 03666

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023

PRESENT: SMITH, J.P., CURRAN, BANNISTER, MONTOUR, AND OGDEN, JJ. (Filed June 30, 2023.) 

MOTION NO. (212/21) KA 17-01813.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
CAMERON ISAAC, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.